UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

D'VAUGHN KEITHAN KING,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

Case No. 2:25-cv-01269-RFB-EJY

**ORDER**

Interested Party the Nevada Department of Corrections ("NDOC") has filed a motion for extension of time and to continue the Inmate Early Mediation ("IEM") scheduled in this 42 U.S.C. § 1983 civil-rights action brought by Nevada inmate D'Vaughn Keithan King. ECF No. 8. The IEM is currently scheduled for July 24, 2026. *See* ECF No. 7. Counsel for NDOC explains that this case is going to be assigned to new counsel as part of a case redistribution in the Nevada Attorney General's Office due to staff departures. ECF No. 8. Counsel asks for an extension of 14 days to file the mediation brief. But counsel also says the case will be reassigned "within the next few weeks." *Id*. at 3. Because the timeline for case reassignment is uncertain, the Court vacates the IEM scheduled for July 24, 2026. The motion for extension of time is denied. Instead, the Court directs counsel for NDOC to file a status report on or before August 5, 2026, that advises the Court of the status of the case reassignment. When new counsel enters a notice of appearance, the Court will issue an order resetting the IEM.

Accordingly, IT IS HEREBY ORDERED that the IEM scheduled for July 24, 2026 is **VACATED**.

IT IS FURTHER ORDERED that NDOC's Motion to Extend Time and Continue the IEM **(ECF No. 8) is DENIED** as moot.

IT IS FURTHER ORDERED that counsel for NDOC **file a status report** on or before **August 5, 2026**.

Dated this 21st day of July, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE