UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| D'VAUGHN KEITHAN KING,<br>Plaintiff,<br>v.<br>NEVADA DEPARTMENT OF CORRECTIONS, et al,<br>Defendants. | Case No. 2:25-cv-01269-RFB-EJY<br><br>**ORDER** |

On October 13, 2026 the Deputy Attorney General advised the Court it could not accept service on behalf of named Defendants Harold Sheppard and Albana Elbeth and appropriately filed their last known addresses under seal. ECF No. 18.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for Harold Sheppard and Albana Elbeth and deliver the same to the U.S. Marshal Service together with two copies of (1) Plaintiff's Complaint (ECF No. 5), (2) the Court's Screening Order (ECF No. 4), and (2) the addresses under seal (ECF No. 18).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff two USM-285 form together with a copy of this Order. Plaintiff **must** complete the USM-285 forms for Harold Sheppard and Albana Elbeth to the best of his ability and return the same to the U.S. Marshal's Office by mail no later than **November 3, 2026 to:**

Marshal Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service of the summons, Complaint (ECF No. 5) and the Court's Screening Order (ECF No. 4), on Harold Sheppard and Albana Elbeth no later than **fifteen days** after receipt of the completed USM-285 forms.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Harold Sheppard and Albana Elbeth may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 14th day of October, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE