UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

D'VAUGHN KEITHAN KING,

Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al,

Defendants.

Case No. 2:25-cv-01269-RFB-EJY

**ORDER**

On October 14, 2026 the Court entered an Order requiring Plaintiff to return completed USM-285 forms for Harold Sheppard and Albana Elbeth to the U.S. Marshal's Office no later than November 3, 2026. ECF No. 20. As of today's date, the U.S. Marshal has not received these forms from Plaintiff. Service will not proceed until Plaintiff returns completed USM-285 forms to the Marshal Service. In the absence of service, these defendants will be dismissed. The foregoing prompts the Court to provide Plaintiff with one additional opportunity to complete and return the USM-285 forms for Harold Sheppard and Albana Elbeth.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is provided one additional opportunity to complete and return USM-285 forms for Harold Sheppard and Albana Elbeth to the U.S. Marshal's Office by mail no later than **December 4, 2026**. The completed forms **must** be sent to:

Marshal Schofield
U.S. Marshal, District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. S., Suite 2058
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that if the completed USM-285 forms are returned by or before December 4, 2026, the U.S. Marshal Service is to attempt to effect service of the summons, Complaint (ECF No. 5), and the Court's Screening Order (ECF No. 4), on Harold Sheppard and Albana Elbeth no later than **21 days** thereafter.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, the Court will recommend dismissal without prejudice of Plaintiff's claims against Harold Sheppard and Albana Elbeth for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 10th day of November, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE